## McCormack *v.* Nease Chemical Company, Inc. et al., Appellants.

Argued June 17, 1971. *Charles C. Brown, Jr.,* with him *McQuaide, Blasko, Brown & Geiser,* for ap-

pellant; *William W. Litke*, with him *Litke, Gettig & Flood*, for appellee.

Judgment affirmed.

SPAULDING, J., absent.